No. 74–24. ENGLAND, TRUSTEE IN BANKRUPTCY v. CHRYSLER CORP. ET AL. C. A. 9th Cir. Certiorari denied.

No. 74–35. OLDEN v. FOSS ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 74–39. KLEBS v. INDIANA. Ct. App. Ind. Certiorari denied.

No. 74–47. FIBREBOARD PAPER PRODUCTS CORP. ET AL. v. BOREL. C. A. 5th Cir. Certiorari denied.

No. 74–48. LOCAL 391, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA, ET AL. v. PILOT FREIGHT CARRIERS, INC. C. A. 4th Cir. Certiorari denied.

No. 74–52. LEE ET AL. v. CITY OF CHATTANOOGA ET AL. Ct. App. Tenn. Certiorari denied.

No. 74–53. DEVITA v. BURLINGTON NORTHERN, INC. C. A. 9th Cir. Certiorari denied.

No. 74–56. CAREY v. DAVIS ET AL. C. A. D. C. Cir. Certiorari denied.

No. 74–59. STOCKMEN'S INSURANCE AGENCY, INC. v. GUARANTEE RESERVE LIFE INSURANCE COMPANY OF HAMMOND, INDIANA. Sup. Ct. N. D. Certiorari denied.